*995 C. A. 5th Cir. Reported below: 115 Fed. Appx. 217;
C. A. 6th Cir. Reported below: 383 F. 3d 436;
C. A. 11th Cir. Reported below: 125 Fed. Appx. 981;
C. A. 11th Cir. Reported below: 126 Fed. Appx. 462;
C. A. 5th Cir. Reported below: 115 Fed. Appx. 246;
C. A. 7th Cir. Reported below: 388 F. 3d 1104;
C. A. 6th Cir. Reported below: 116 Fed. Appx. 690;
C. A. 5th Cir. Reported below: 115 Fed. Appx. 211;
C. A. 6th Cir. Reported below: 117 Fed. Appx. 992;
C. A. 9th Cir. Reported below: 116 Fed. Appx. 837;
C. A. 5th Cir. Reported below: 115 Fed. Appx. 304;
C. A. 5th Cir. Reported below: 115 Fed. Appx. 259;
C. A. 4th Cir. Reported below: 117 Fed. Appx. 869;
C. A. 5th Cir. Reported below: 115 Fed. Appx. 297;
C. A. 5th Cir. Reported below: 115 Fed. Appx. 240;
C. A. 6th Cir. Reported below: 390 F. 3d 482;
C. A. 6th Cir. Reported below: 116 Fed. Appx. 736;
C. A. 10th Cir. Reported below: 118 Fed. Appx. 458;
*996 No. 04-9272.
No. 04-9273.
No. 04-9276.
No. 04-9278.
No. 04-9280.
No. 04-9288.
No. 04-9292.
No. 04-9296.
No. 04-9299.
C. A. 5th Cir. Reported below: 115 Fed. Appx. 219;
C. A. 5th Cir.;
(Reported below: 115 Fed. Appx. 749);
(115 Fed. Appx. 725);
(115 Fed. Appx. 280);
(115 Fed. Appx. 749);
(115 Fed. Appx. 276);
(115 Fed. Appx. 729);
(115 Fed. Appx. 285);
(115 Fed. Appx. 286);
(115 Fed. Appx. 242);
(115 Fed. Appx. 283);
(115 Fed. Appx. 276);
(115 Fed. Appx. 284);
(115 Fed. Appx. 741);
(115 Fed. Appx. 272);
(115 Fed. Appx. 250);
(115 Fed. Appx. 269);
(115 Fed. Appx. 232);
(115 Fed. Appx. 249);
(115 Fed. Appx. 270);
(115 Fed. Appx. 241);
(115 Fed. Appx. 282); and
(115 Fed. Appx. 270). C. A. 5th Cir.;
C. A. 5th Cir. Reported below: 115 Fed. Appx. 750;
C. A. 5th Cir. Reported below: 115 Fed. Appx. 710;
C. A. 5th Cir. Reported below: 117 Fed. Appx. 984;
C. A. 5th Cir. Reported below: 115 Fed. Appx. 265;
C. A. 5th Cir. Reported below: 115 Fed. Appx. 273;
C. A. 3d Cir.;
*997 No. 04-9301.
No. 04-9302.
No. 04-9310.
No. 04-9312.
No. 04-9313.
No. 04-9317.
No. 04-9390.
No. 04-9391.
C. A. 5th Cir. Reported below: 115 Fed. Appx. 220;
C. A. 5th Cir. Reported below: 114 Fed. Appx. 644;
C. A. 5th Cir. Reported below: 115 Fed. Appx. 712;
C. A. 5th Cir. Reported below: 115 Fed. Appx. 275;
C. A. 5th Cir. Reported below: 115 Fed. Appx. 736;
C. A. 5th Cir. Reported below: 115 Fed. Appx. 719 (first judgment), 733 (second judgment), and 755 (third judgment);
C. A. 11th Cir. Reported below: 126 Fed. Appx. 463; and
C. A. 10th Cir. Reported below: 119 Fed. Appx. 243. Motions of petitioners for leave to proceed informa pauperis granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of United States v. Booker, 543 U. S. 220 (2005).